AUSA: Susan Fairchild Telephone: (313) 226-9577
AO 91 (Rev. 11/11) Criminal Complaint   Special Agent: Calvin Jones Telephone: (202) 316-3208

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

Jose Gargenis VASQUEZ ROSA, a/k/a Eric CORCINO-MARTINEZ, a/k/a Angel Jonas VEGA-LORENZO,

Case: 2:25−mj−30479
Assigned To : Unassigned
Assign. Date : 7/25/2025
Description: CMP USA v Sealed Matter (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 10, 2020__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1542 | False Statements in United States Passport Application |
| 18 USC 1001 | False Statements to the United States Government |
| 18 USC 911 | False Claim to United States Citizenship |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Calvin Jones, Special Agent, U.S. Department of State, DSS
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __July 25, 2025__

*Judge's signature*

City and state: __Detroit, MI__   Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Calvin Jones, being duly sworn under oath, depose and state as follows:

1.     I am a Special Agent with the United States Department of State, Diplomatic Security Service.  I have been a Special Agent since October 2017.  I have completed the Federal Law Enforcement Criminal Investigator Training Program and earned a bachelor's degree in criminal justice from University of Maryland University College.  I have training and experience in the enforcement of laws of the United States, including the preparation, presentation and service of complaints, search warrants and arrest warrants.  Among my current assignment with the Diplomatic Security Service is the investigation of false statements in the application for United States passports, false claims to United States citizenship, misuse of a social security number, and fraud related activity in connection with identification documents.

2.     The information contained in this affidavit is based upon my personal knowledge and observations, information provided by other law enforcement personnel and law enforcement and commercial database records.  I have not included every fact known to me in this investigation.

3.     This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging Jose Gargenis VASQUEZ ROSA a/k/a Eric CORCINO-MARTINEZ, a/k/a Angel Jonas VEGA-LORENZO, with False Statements in an Application for a U.S. Passport, in violation of Title 18, United States Code, Section 1542; False Statements, in violation of Title 18, United States Code, Section 1001, and False Claim to United States Citizenship, in violation of Title 18, United States Code, Section 911.

4.     According to Department of Homeland Security records, an individual using the name of Jose Gargenis VASQUEZ ROSA, DOB 07/XX/1981, applied for a Visa on June 24, 2002, as the spouse of a U.S. Citizen. In this application, VASQUEZ ROSA indicated that he was a citizen of the Dominican Republic.

5.     VASQUEZ ROSA was given Alien Number AXXX XX 515. Records related to this Alien Number contain a photograph of VASQUEZ ROSA. The

1

person in the photograph has certain notable features, including a distinctive mole below his right eye. On September 28, 2009, United States Citizenship and Immigration Services listed the application as involving a fraudulent relationship and revoked the application on February 10, 2010.

6. On August 22, 2016, an individual utilizing the name Eric Corcino-Martinez obtained a Michigan driver's license. The date of birth on the driver's license was 07/XX/1981. I have compared the photograph on the driver's license with the photograph from VASQUEZ ROSA's visa application and found them to be the same person. The individual in both photographs has the same distinctive mole below the right eye.

7. On April 2, 2019, an individual utilizing the name Angel Jonas Vega Lorenzo obtained a Michigan driver's license. The date of birth on the driver's license was 07/XX/1980. The individual submitted three documents: a Department of Health registry from Puerto Rico, a Puerto Rico driver's license certificate, and a Puerto Rico driver's license.

8. On June 14, 2019, an individual utilizing the name Angel Vega-Lorenzo purchased a Smith & Wesson 9 mm semi-automatic handgun. A National Tracing Center Firearms Trace Summary confirms the purchase.

9. On September 13, 2019, an individual utilizing the name Angel Vega-Lorenzo was arrested by Royal Oak Police in Royal Oak, Michigan for having a concealed weapon in a vehicle. In the police report, the individual told the arresting officer that they purchased the firearm on June 14, 2019. The individual in the booking photo has the same distinctive mole below the right eye.

10. On September 10, 2020, an individual submitted a DS-11 Application (#561883234) for a U.S. Passport at a U.S. Post Office located in Detroit, Michigan. The individual identified himself on the application as Eric Corcino-Martinez. As proof of identity and United States citizenship, this individual submitted with his application a Puerto Rican birth certificate and a State of Michigan driver's license, both in the name of Eric Corcino-Martinez, with a date of birth of 07/XX/1981. The individual indicated on the application that he planned to travel to the Dominican Republic.

11. Also included in the application was a passport photograph. I have compared the passport photograph to both the Corcino-Martinez Michigan driver's license photograph and the photograph from VASQUEZ ROSA's visa application. I have found that all photographs are of the same person. The individual in all three photographs has the same distinctive mole below the right eye.

12. Prior to signing the passport application, the individual swore an oath to the postal acceptance clerk affirming the information on the application was true and correct, that the photograph attached to the application was a genuine and current photograph and that he had read and understood the warning contained in the instructions to the application form, which stated, in part:

> False statements made knowingly and willfully in passport applications, including affidavits or other documents submitted to support this application, are punishable by fine and/or imprisonment under U.S. law including the provision of 18 U.S.C. § 1001, 18 U.S.C. § 1542, and/or 18 U.S.C. § 1621.

13. On September 16, 2020, the passport application in the name of Corcino-Martinez arrived at the Detroit Passport Agency located in Detroit, Michigan, for additional processing. During the adjudication of the passport application, a passport specialist noticed a suspected formatting anomaly involving the Puerto Rico birth certificate.

14. On October 14, 2020, the passport application in the name of Corcino-Martinez was referred to the Fraud Prevention Unit located within the Detroit Passport Agency.

15. On October 15, 2020, a national database search of Corcino-Martinez's Puerto Rico birth certificate was conducted which resulted in "no record found." The Fraud Prevention Manager at the Detroit Passport Agency contacted his counterpart at the San Juan Passport Agency and requested verification of Corcino-Martinez's birth certificate via the Puerto Rico Demographic Registry.

16. On October 16, 2020, the Fraud Prevention Manager in Detroit received a reply from his counterpart in San Juan indicating a valid birth certificate existed for Eric Corcino-Martinez.

17. As part of this investigation, DSS Agents attempted to identify the true Eric Corcino-Martinez. DSS Agents obtained a Puerto Rico driver's license in the name of Eric Corcino-Martinez. The photograph on that driver's license does not match the photo on the passport application discussed above.

18. On October 17, 2023, Special Agents from Diplomatic Security Service, San Juan Resident Office contacted the true Eric Corcino-Martinez. Mr. Corcino-Martinez reported that he had been the victim of identity theft in or about 2011. Since that time, he has experienced credit problems, he has been denied credit cards and loans because he alleges someone else is using his identity for this purpose. Mr. Corcino-Martinez was given a two-photo lineup which included the photo of the applicant on passport application DS-11 #561883234. The other photo was from Puerto Rico Driver's License # 4329439. Mr. Corcino-Martinez was asked to circle the photo of the person he knew as Eric Corcino Martinez. Mr. Corcino-Martinez circled the photo of himself and told agents that he does not recognize the other person photographed. Mr. Corcino-Martinez was shown DS-11 #561883234 passport application; he acknowledged the biographical data on the application including his name, date of birth, and SSN as his personal information. He did not recognize the individual on the photo of the passport application and stated the signature was not his.

19. On February 14, 2025, VASQUEZ ROSA submitted a U.S. Citizenship and Immigration Services (USCIS) Form I-485, Application to Register Permanent Residence or Adjust Status as the spouse of a U.S. Citizen, Natacha GERADA. VASQUEZ ROSA claimed: (1) he was never denied a visa to the United States, (2) he had never been arrested, (3) he had never committed a crime, (4) he never falsely claimed to be a U.S. citizen, or (5) he never voted in violation of any Federal, state, or local regulation in the United States.

20. Based upon this investigation, DSS Agents have determined that VASQUEZ ROSA has been using the alias of Eric Corcino-Martinez for some time. On May 25, 2021, DSS received a driver's license from the State of New York for Eric Corcino-Martinez. DSS also received booking photographs from the State of New York for Aggravated Unlicensed Operation of a Motor Vehicle First Degree on September 29, 2015. The person in these photos is the same person depicted in the Corcino-Martinez passport application discussed above, the

4

Corcino-Martinez Michigan driver's license photograph and the photograph from VASQUEZ ROSA's visa application. The individual in all of these photographs has the same distinctive mole below the right eye.

21.  Based on the above information, I believe probable cause exists that Jose Gargenis VASQUEZ ROSA, using the alias name of Eric Corcino-Martinez, did knowingly and willfully make false statements in applying for a United States passport in that he falsely claimed to be a United States citizen, under an assumed identity, with the intent to secure the issuance of a United States passport in violation of Title 18, United States Code, Section 1542, Title 18 United States Code, Section 1001, and Title 18 United States Code, Section 911.

_____
Complainant's signature

Calvin Jones, Special Agent, U.S. Department of State, DSS
Printed name and title

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE

July 25, 2025

5